### EX PARTE WILL BORRER.

No. 3864.   Decided December 1, 1915.

Rehearing denied January 5. 1916.

**Habeas Corpus—Denial of Bail.**

Where upon appeal from a habeas corpus proceeding denying relator bail, there was no reversible error, the judgment is affirmed. Davidson, Judge, dissenting.

Appeal from the District Court of Caldwell.   Tried below before the Hon. Frank S. Roberts.

Appeal from a habeas corpus proceeding denying relator bail.

The opinion states the case.

*J. B. Hatchett* and *E. B. Coopwood,* for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

PRENDERGAST, PRESIDING JUDGE.—This is an appeal from a hearing on habeas corpus before the district judge, who denied bail.

We have carefully read the statement of facts in this case. In our opinion, the district judge was justified in denying bail. As is usual, we do not discuss the evidence.

The judgment denying bail will be affirmed.

*Affirmed.*

DAVIDSON, JUDGE (dissenting).—I do not care to discuss tne facts and will not do so. I think the case clearly bailable. The Assistant Attorney General so thought and agreed with relator's counsel on bail in the sum of $15,000, which is of record among the papers. I think he was and is right.

[Rehearing denied January 5, 1916.—Reporter.]